## No. 16,714.

HEMBERGER *v*. HAGEMANN.
(241 P. [2d] 237)

Decided February 25, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. MAURICE W. KONKEL, for plaintiff in error.

Messrs. ROLFSON & HENDRICKS, for defendant in error.